Appeal of LALU V. BATTLE. Docket No. 1853.

Submitted April 16, 1925; decided May 21, 1925.

*W. H. Trigg, Esq.*, for the Commissioner.

Before GRAUPNER, TRAMMELL, and GREEN.

FINDINGS OF FACT.

The taxpayer, Lalu V. Battle, of Marshall, Tex., is the surviving widow of O. M. Battle, deceased, late of Marshall, Tex.

DECISION.

The determination of the Commissioner is approved.

OPINION.

GREEN: The taxpayer has offered no evidence in support of her contentions. We find nothing in the evidence to support the Commissioner's contention that the attorneys' fees allowed and paid were for services rendered the taxpayer herein as an individual. The Commissioner also contends that the attorneys' fees so allowed and paid were excessive, but he has offered no proof to substantiate this contention.